# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RS, a minor represented by mother and guardian *ad litem* Ashley Scarlott<br><br>Plaintiff,<br><br>v.<br><br>Nurture, Inc. and Gerber Products Company,<br><br>Defendants. | Case No. 4:22-cv-03034-HSG<br><br>**ORDER GRANTING PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

The petition for an order appointing ASHLEY SCARLOTT as Guardian ad Litem for Petitioner is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:  June 13, 2022

_____
United States District Judge

ORDER GRANTING PETITION FOR GUARDIAN AD LITEM