UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RS, represented by A. Scarlott    ,

Plaintiff(s),

v.

NURTURE, INC., et al.        ,

Defendant(s).

Case No. 4:22-cv-3034-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Mary E. Gately            , an active member in good standing of the bar of the District of Columbia            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Nurture, LLC            in the above-entitled action. My local co-counsel in this case is Brooke Killian Kim            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 239298            .

500 8th Street NW, Washington, DC 20004
MY ADDRESS OF RECORD

(202) 799-4507
MY TELEPHONE # OF RECORD

mary.gately@us.dlapiper.com
MY EMAIL ADDRESS OF RECORD

401 B St., Suite 1700, San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(619) 699-3439
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

brooke.kim@us.dlapiper.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 419151            .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated:  August 4, 2022                                             Mary E. Gately

5                                                      APPLICANT

6

7

8                      ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of  Mary E. Gately                is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____8/5/2022_____

16

17  _____Haywood S. Gilliam, Jr._____

18             UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Mary Gately*

was duly qualified and admitted on July 5, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 26, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*