UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RS, represented by A. Scarlott    ,

Plaintiff(s),

v.

NURTURE, Inc., et al.    ,

Defendant(s).

Case No. 4:22-cv-3034-HSG

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Paul D. Schmitt           , an active member in good standing of the bar of
the District of Columbia            , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: Nurture, LLC             in the
above-entitled action. My local co-counsel in this case is Brooke Killian Kim           , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 239298           .

500 8th Street NW, Washington, DC 20004

MY ADDRESS OF RECORD

(202) 799-4524

MY TELEPHONE # OF RECORD

paul.schmitt@us.dlapiper.com

MY EMAIL ADDRESS OF RECORD

401 B St., Suite 1700, San Diego, CA 92101

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(619) 699-3439

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

brooke.kim@us.dlapiper.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1007680         .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months
preceding this application.

United States District Court
Northern District of California

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: _August 12, 2022_                                    _Paul D. Schmitt_____
                                                               APPLICANT
5

6   ═══════════════════════════════════════════════════════════════════

7

8                            ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of _Paul D. Schmitt_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: ____8/12/2022_____

16

17                            _Haywood S. Gill, Jr._____

18                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Paul Schmitt

*was duly qualified and admitted on May 11, 2012 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on July 25, 2022.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*